IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-02601-GPG

**G.Z. HAMMOND**,

    Plaintiff,

v.

**PILLAR PROPERTIES SERVICES, LLC**,

    Defendants.

## SECOND ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCIES

In response to this Court's Order to Cure (ECF No. 3), Plaintiff has submitted to this Court an Application for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 complaining fair housing matters. As part of the court's review pursuant to D.C.COLO.LCivR 8.1(b), the court has determined that the document is deficient as described in this order.

A petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 is only available to a prisoner challenging the fact of his confinement as a violation of the Constitution or laws or treaties of the United States. Plaintiff's claims do not relate to his confinement. Rather, they relate to an alleged eviction. Thus, an Application for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 is not the proper vehicle for bringing his claims. He must file a civil complaint on the proper court-approved form raising his claims. Plaintiff will be directed to cure the foregoing if he wishes to pursue any claims in this action. Any papers that Plaintiff files in response to this order must include the civil action number on this order.

**Complaint**:

(11)  __XX__  is not submitted

(12)  __XX__  is not on proper form (must use the court's current prisoner form)

(13)  ____  is missing an original signature by the prisoner

(14)  ____  is missing page nos. ____

(15)  ____  uses et al. instead of listing all parties in caption

(16)  ____  names in caption do not match names in text

(17)  __XX__  addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application

(18)  ____  other: _____.

Accordingly, it is

**ORDERED** that Plaintiff cure the deficiencies designated above **within thirty (30) days from the date of this order**. Any papers that Plaintiff files in response to this order must include the civil action number on this order. It is

**FURTHER ORDERED** that the Plaintiff shall obtain the court-approved forms for filing, along with the applicable instructions, at www.cod.uscourts.gov. It is

**FURTHER ORDERED** that, if Plaintiff fails to cure the designated deficiencies **within thirty (30) days from the date of this order**, the action will be dismissed without further notice. The dismissal shall be without prejudice.

DATED December 24, 2015, at Denver, Colorado.

BY THE COURT:

 s/ Gordon P. Gallagher
United States Magistrate Judge