# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-02601-GPG
(**The above civil action number must appear on all future papers sent to the court in this action.  Failure to include this number may result in a delay in the consideration of your claims.**)

**G.Z. HAMMOND**,

    Plaintiff,

v.

**PILLAR PROPERTIES SERVICES, LLC**,

    Defendants.

## THIRD ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCIES

    Plaintiff has submitted to this Court another letter which requests an extension of time (ECF No. 12).  The Court previously advised Plaintiff that it does not accept letters such as Plaintiff filed on January 4, 2016 (ECF No. 10) and January 19, 2016 (ECF No. 12).  All requests to the Court must be made by motion in accordance with the Federal Rules of Civil Procedure.  Notwithstanding, Plaintiff's letter "motion" (ECF No. 12) will be granted to the extent that Plaintiff has until February 5, 2016 to file a proper complaint in this action.   No further extensions will be granted without good cause.

    In addition, Plaintiff has failed to file a proper motion to proceed *in forma pauperis* in this action.  The motion filed at ECF No. 6 pertains to appeals, not original actions in the District Court.

    As part of the court's review pursuant to D.C.COLO.LCivR 8.1(b), the court has determined that the documents filed are deficient as described in this order.  Plaintiff will

be directed to cure the following if he wishes to pursue any claims in this action. Any papers that Plaintiff files in response to this order must include the civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit**:
(1)  xx   is not submitted
(2)  __   is missing affidavit
(3)  XX   is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
(4)  XX   is missing certificate showing current balance in prison account
(5)  __   is missing required financial information
(6)  xx   is missing authorization to calculate and disburse filing fee payments on proper form
(7)  __   is missing an original signature by the prisoner
(8)  __   is not on proper form (must use the court's current form)
(9)  __   names in caption do not match names in caption of complaint, petition or habeas application
(10) xx   other: Plaintiff may pay the filing fee of $400 in full in advance instead of submitting a properly supported 1915 motion and affidavit.

**Complaint, Petition or Application for Habeas Corpus Relief**:
(11)  XX   is not submitted
(12)  XX   is not on proper form (must use the court's current prisoner form)
(13)  __   is missing an original signature by the prisoner
(14)  __   is missing page nos. __
(15)  __   uses et al. instead of listing all parties in caption
(16)  __   names in caption do not match names in text
(17)  XX   addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application
(18)  __   other: _____.

Accordingly, it is

**ORDERED** that Plaintiff's motion for extension (ECF No. 12) is **GRANTED** to the extent that Plaintiff is **ORDERED** to cure the deficiencies designated above **within thirty (30) days from the date of this order**. Any papers that Plaintiff files in response to this order must include the civil action number on this order. It is

**FURTHER ORDERED** that Plaintiff shall obtain the court-approved forms for

filing, along with the applicable instructions, at www.cod.uscourts.gov.  It is

**FURTHER ORDERED** that, if Plaintiff fails to cure the designated deficiencies **within thirty (30) days from the date of this order**, the action will be dismissed without further notice.  The dismissal shall be without prejudice.

DATED January 20, 2016, at Denver, Colorado.

BY THE COURT:

 s/ Gordon P. Gallagher
United States Magistrate Judge